FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 31  PM 2: 29

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JAMES N. PATNAUDE

(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION No. ___ 0 5 - 3 4 5 -

ALBERTO GONZALES
ATTORNEY GENERAL - U.S. DEPARTMENT OF JUSTICE

(Name of Defendant or Defendants)

## *COMPLAINT UNDER TITLE VII*

## *OF THE CIVIL RIGHTS ACT OF 1964*

1.    This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for

**employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also

sought under 42 U.S.C. §2000e-5(g).

2.    Plaintiff resides at  9  WITHAMS ROAD

(Street Address)

NEWARK  NEW CASTLE    DE    19711

(City)      (County)    (State)    (Zip Code)

(302) 737- 3136    .

(Area Code) (Phone Number)

3.    Defendant resides at, or its business is located at  U.S. DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AVENUE, NW    (Street Address)

WASHINGTON, D.C.  20530- 0001    .

(City)      (County)    (State)    (Zip Code)

4.    The discriminatory conduct occurred in connection with plaintiff's employment at, or application to

be employed at, defendant's FEDERAL BUREAU OF INVESTIGATION  place of bussiness

(Defendant's Name)

located at 2600  LORD BALTIMORE

(Street Address)

BALTIMORE  BALTIMORE  MARYLAND  21244    .

(City)        (County)      (State)      (Zip Code)

5.  The alleged discriminatory acts occurred on __15 MAY 2001 — THROUGH__, __11 NOVEMBER 2004__, _____ .
    (Day)                      (Month)                      (Year)

6.  The alleged discriminatory practice  ⭘ is  ✓ is not continuing.

7.  Plaintiff filed charges with the Department of Labor of the State of Delaware,

__NOT APPLICABLE IN THIS SITUATION__

(Agency)        (Street Address)        (City)

_____ , regarding

(County)        (State)        (Zip Code)

defendant's alleged discriminatory conduct on _____ , _____ , _____ .
    (Day)                      (Month)                      (Year)

8.  Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: _____ , _____ , _____ .
    (Day)                      (Month)                      (Year)

9.  The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: _____ , _____ , _____ .
    (Day)                      (Month)                      (Year)

__(PLEASE SEE ATTACHED DISMISSAL)__
_(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)_

10.  The alleged discriminatory acts, in this suit, concern:

A.  ⭘ Failure to employ plaintiff.

B.  ✓ Termination of plaintiff's employment.

C.  ✓ Failure to promote plaintiff.

D.  ✓ Other acts (please specify below)

__10. D. OTHER  -  PLEASE SEE ATTACHED__

_____

_____

_____

_____

11.   Defendant's conduct is discriminatory with respect to the following:

    A.   ⬤ Plaintiff's race

    B.   ⬤ Plaintiff's color

    C.   ✓ Plaintiff's sex

    D.   ⬤ Plaintiff's religion

    E.   ✓ ⬤ Plaintiff's national origin
        ✓ AGE

12.   A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.   If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14.   Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))

    A.   ✓ That all fees, cost or security attendant to this litigation be hereby waived.

    B.   ✓ That the Court appoint legal counsel.

    C.   ✓ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 17 MAY 2005

James W Patnaude
(Signature of Plaintiff)

NOT APPLICABLE
(Signature of additional Plaintiff)