IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. _____    0 5 - 3 4 5

10. The alleged discriminatory acts, in this suit, concern:

   D. Other acts, which violated my civil rights (specified below)

      1. Retaliation for filing the original complaint, some of the retaliatory actions include but are not limited to the following.

         A. A search of my person, personal belongings and vehicle which was not documented, photographed, logged or in any way in compliance with even the most rudimentary guidelines. The material that was seized was then separated, co-mingled and manipulated to present a distorted picture. In addition, my work space was searched subsequent to my departure and material from there appears to be included in the summary of my personal belongings.
         B. A receipt for the materials seized from my person was never provided.
         C. I was not advised of any rights or recourse available to me at the time of the search.
         D. I was threatened by an Assistant United States Attorney and a Supervisory Special Agent to resign from the Federal Bureau of Investigation or face possible criminal charges.
         E. I was accused of conveying documents to an unnamed party outside the Federal Bureau of Investigation. This in effect is accusing me of espionage and appears to be the basis for the search warrant obtained for my residence. This accusation is an outright lie.
         F. I was not allowed to have any contact with my co-workers thereby minimizing the effectiveness of my attempts to keep my job.
         G. My reputation was ruined by the fact that computers from the volunteer fire department that I am a member of were searched. There is absolutely no basis for this type of investigative technique except to intimidate me.
         H. Persons from the Baltimore Division made false statements to federal agents which were used as the basis for the revocation of my Top Secret security clearance.
         I. Documents that I requested to defend myself in the revocation of my Top Secret security clearance were denied. I was therefore unable to neither defend myself against my accusers nor know whom my accusers were.
         J. Allegations were made that I had encryption and steganography software, as well as FBI documents on my personal computer. The computer was returned to me with a fried hard drive. After a forensic computer examination was performed at my request, none of the

     alleged material was found or determined to have ever been on the system.
K. Statements that were known to be false or of questionable veracity were allowed to remain in the documents used as the basis to revoke my security clearance.
L. It appears that members of the Baltimore management staff conspired to present material and events in such a way that was fictitious and/ or misleading in order to prevent or minimize inquiries into their handling of my case.
M. The Access Review Committee from DOJ did not require the FBI to make full disclosure even though I repeatedly asked and it was stated in the opening statements of the proceeding that full disclosure was required.
N. These items are intended to give an example of the retaliation and in are not meant to represent a complete list at this time.