IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. _____   05-345-

Claim # 3 Unfair Hiring Practices

The alleged acts, in this suit, concern:

Other acts, which violated my civil rights (specified below)

1. Unfair Hiring Practices

    A. The Federal Bureau of Investigation (FBI) routinely engages in inconsistent and discriminatory hiring practices relating to Special Agent positions.
    B. Since becoming a support employee, it has come to my attention that the FBI routinely breaks its own rules as it relates to hiring people with physical items such as color vision and hearing, passing of polygraph examinations, driving records and drug use and age.
    C. Inquiries made if you are not a member of the FBI are met with "boiler plate" responses which lead the party to believe that exceptions are not made. Once you are within the system you become aware of the inconsistent application and enforcement of the standards.
    D. Had I been aware of the inconsistencies prior to becoming a support employee and exceeding the age requirement, I would have previously taken the necessary legal action to rectify the inequity.