IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. _____    05-345-

Claim # 4 Other Charges as Deemed Appropriate Once
Legal Counsel is Appointed

Other acts, which violated my civil rights (specified below)

1. Any and all other acts that was discriminatory towards the plaintiff and infringed upon my civil rights that cannot be adequately stated until such time as legal counsel is appointed.