IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. _____   05-345

Request that case be heard and processed in the United States District Court for the District of Delaware.

The complainant, James N. Patnaude, respectfully requests that this case be heard before the United States District Court for the District of Delaware for the following reasons:

1. The complainant is currently employed on a part time basis and the expense of commutation to court and/or representation in the Baltimore District would be a financial burden at this time. The complainant is currently seeking full time employment. Until such time, the complainants' income is exceeded by his current operating expenses (mortgage, equity loan, child support, utilities, etc). At this time the complainant has expended all savings.
2. Complainant was threatened by an Assistant United States Attorney (AUSA) from the Baltimore District to resign from the Federal Bureau of Investigation or face possible criminal charges. While the complainant did not resign and the AUSA never made contact again, the complainant would like to avoid any possibility of any relationship that the AUSA might have with personnel within the U.S. District Court for the District of Baltimore from impacting the current complaint.
3. Complainant recently became divorced and would like to minimize any additional negative impact that the ongoing conflict with the Federal Bureau of Investigation would have on my daughters. This includes the further disruption of their family life and schedule as a result of the travel required if the Baltimore District were to hear the case.