IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. _____   0 5 - 3 4 5

Request for the appointment of specific legal counsel

The complainant, James N. Patnaude, respectfully requests that the law firm listed below be appointed legal counsel for this case.

1. The complainant is aware that the firm of Neuberger has extensive background in the type of employment that my case would be categorized under. Complainant readily admits that he is not familiar with the process by which counsel is appointed under the circumstances which I find myself. Complainant respectfully requests Mr. Neuberger because complainant is aware of cases that Mr. Neuberger has litigated which involve complicated as well as convoluted data at the higher levels of federal government. Complainant is also aware that Mr. Neuberger has successfully litigated cases were certain federal agencies required persuasion to provide documentation that was relevant to the matter at hand but not sensitive.