# Employment Time Line

05-345

Time Line of Events For James N. Patnaude

| Date | Event | Comments |
|---|---|---|
| 02/16/99 | Enter Duty with FBI | |
| 05/01/99 | File Review | Overall Rating - Exceptional (Highest) |
| 06/30/99 | Performance Award | |
| 08/01/99 | File Review | Overall Rating - Exceptional (Highest) |
| 11/01/99 | File Review | Overall Rating - Exceptional (Highest) |
| 02/01/00 | File Review | Overall Rating - Exceptional (Highest) |
| 03/01/00 | Time Off Award | For work on OCDEF project.Unsure of exact date. |
| 04/16/00 | Time Off Award | For administering and upgrading accounting system for III. |
| 05/01/00 | File Review | Overall Rating - Exceptional (Highest) |
| 08/01/00 | File Review | Overall Rating - Exceptional (Highest) |
| 11/01/00 | File Review | Overall Rating - Exceptional (Highest) |
| 02/01/01 | File Review | Overall Rating - Exceptional (Highest) |
| 02/02/01 | Time Off Award | Participation in a homicide investigation. |
| 05/01/01 | File Review | Overall Rating - Exceptional (Highest) |
| 05/15/01 | Transferred to Baltimore Div. HQ | |
| 06/11/01 | Time Off Award | I don't remember what this one was for. |
| 08/01/01 | File Review | Meets Expectations - Rating system changed to Meets/Does not Meet Reference in 01/05/02 document to some type of review on this date. Not received or filed. |
| 09/05/01 | File Review | |
| 09/11/01 | Deployed as a result of terrorist attacks. | Member of Baltimore Div. Hazardous Materials Response Team (HMRT). |
| 09/14/01 | Find and recover voice recorder at Pentagon. | |
| 09/20/01 | Relocated to Dover, DE AFB | Participate in autopsies of Pentagon victims. |
| 10/01/01 | Letter of Appreciation | For work performed at Pentagon/Dover AFB |
| 10/xx/01 | Assigned to respond to anthrax calls. | As a member of HMRT respond to anthrax calls. Verify with Terrorism Supv. that I am still tasked to perform Hazmat duties. |
| 10/xx/01 | TDY'd to New York City for anthrax investigation. | Exposed to anthrax and undergo preventative medical treatment. At HMRU briefing the team is told that we are to stage inside suspect building because the FBI Director does not want to see anymore FBI personnel on TV in Hazmat suits. Can be verified by other team members. |
| 11/13/01 | Receive written communication "Documentation of performance and actions for improvement" | |
| 11/19/01 | Respond to 11/13/01 document. | Respond to 11/13/01 document. No response or feedback. |
| 01/03/02 | Update Case agent of Telemarketing case. | |
| 01/15/02 | File Review | Meets Expectations |
| 02/xx/02 | Apply for GS-12 position in Terrorism Unit. | |
| 03/12/02 | Submit documents for review for EEO complaint. | Submit documents to division counsel for initial review. |
| 03/21/02 | Respond to Case agent for status of Bank Robbery. | No feedback or response. |
| 04/16/02 | Request to review career board documents. | Initial review of GS-12 Career Board to provide to outside legal counsel. |
| 04/22/02 | File initial EEO complaint with Baltimore EEO rep. | |

345

Time Line of Events For James N. Patnaude

| Date | Event | Notes |
|---|---|---|
| 04/24/02 | Complete "Consent for Warrantless Searches of DOJ Work Places " | Requested to complete form by Case agent. |
| 04/25/02 | Document hostile conversation with supervisor. | |
| 05/xx/02 | Forward documents to Ombudsman's Office. | |
| 05/xx/02 | Inform SAC that I am filing EEO complaint. | |
| 05/20/02 | Received confirmation from EEO Unit of receipt of initial complaint. | |
| 05/xx/02 | ASAC acknowledges of being aware of my EEO complaint. | |
| 05/24/02 | SSA searched my desk after hours. Informed by friend via voicemail of activity. | |
| 05/28/02 | Receive 90 day warning review. | SSA threatens to charge me with insubordination. |
| 05/30/02 | Stopped from leaving work. | Bags and car searched. |
| 05/31/02 | Residence searched. | |
| 06/04/02 | Credentials, etc. confiscated. | |
| Unknown Date | EEO complaint either cancelled/not forwarded. | |
| Unknown Date | FOIA request cancelled. | |
| Unknown Date | Personal mail diverted/destroyed. | |
| 10/01/02 | Computer equipment returned. | Evidence sheets differ from later accusations. |
| 01/09/03 | Attorney contacted by Assistant US Attorney(AUSA) | |
| 03/12/03 | AUSA/Baltimore Supervisor call attorney and allude that this would go away if I resign. | |
| 03/14/03 | AUSA calls attorney, decide whether to resign or face be charged by 03/17/03. | |
| 03/17/03 | Tell AUSA/FBI that I'll resign if they write the resignation letter. | Never hear from AUSA/FBI Baltimore again. |
| 04/04/03 | Baltimore case agent writes memo that the case is closed. No action taken. | Case agent specifically requests that internal affairs conduct the investigation with persons from outside the area. |
| 04/18/03 | EEO Unit responds to my telephone inquiry and opens complaint. | |
| 06/26/03 | Interviewed by internal affairs unit. | |
| 09/11/03 | EEO Unit accepts complaint, adds retaliation. | |
| 11/10/03 | EEO Unit opens investigation. | |
| 01/09/04 | Interviewed by internal affairs unit. | Clarification. |
| 02/09/04 | Suspended indefinitely from pay and duty | No appeal allowed. |
| 02/17/04 | Told to respond to 05/28/02 90 warning review in 5 days. | No documentation to respond. |
| 03/02/04 | Submit request for reimbursement for damaged computer | No response |
| 03/18/04 | Security clearance revoked by Security Division. | Reiteration of charges already investigated by internal affairs. |
| 03/23/04 | Annual leave cancelled | No appeal allowed. |
| 03/26/04 | Security clearance revoked by Baltimore Office. | Advised to "watch what I say and who I talk to" |
| 04/05/04 | Receive report from internal affairs. | Given five (5) days off. |

Time Line of Events For James N. Patnaude

| Date | Event | Response |
| --- | --- | --- |
| 04/21/04 | Submit response to Security Division. | |
| 06/29/04 | Submit 2nd request for reimbursement for damaged computer | No response |
| 07/06/04 | Receive independent forensic computer report. | Contradicts what FBI states. |
| 07/09/04 | Submit additional documentation to Security Division. | Includes evidence of tampering with my personal computer. |
| 07/14/04 | Submit request to engage in outside employment | No response. |
| 07/15/04 | Security Division denies appeal. | Referred to Access Review Committee (ARC) to appeal revocation. |
| 07/22/04 | Request additional disclosure from Security Division. | Request denied. |
| 08/03/02 | Request additional disclosure from Security Division. | No response. |
| 08/04/04 | Express mail response to ARC | |
| 08/11/04 | Request ARC to contact Inspection investigators. | No action taken. |
| 08/11/04 | Request ARC to obtain additional data from Security Division. | No action taken. |
| 09/13/04 | ARC meeting. | FBI presents and makes allegations no previously known. Some I know are fabrications. Volunteer to polygraph. No action taken. |
| 09/14/04 | Submit additional documentation to ARC. | No response. |
| 09/14/04 | Submit additional documentation to ARC.(Not a duplication) | No response. |
| 09/16/04 | Request status on 07/14/04 request | No response. |
| 09/27/04 | ARC will not reinstate security clearance. | Cites Executive Order that I am not allowed to receive benefit of the doubt nor is there any indication that any of my protests or requests have been acted upon. |
| 11/11/04 | Terminated by letter received via Fedex | |
| 02/23/05 | To date no information received regarding termination | |