AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5 - 3 4 5 -_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___5/31/05___      ___James N. Patnaude___
(Date forms issued)     (Signature of Party or their Representative)

___JAMES N. PATNAUDE___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action