IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-345-SLR ) |
| U. S. ATTORNEY GENERAL ALBERTO GONZALES, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this _10th_ day of February, 2006, the complaint in the above-captioned case having been filed on May 27, 2005;

IT IS ORDERED that, on or before **February 28, 2006**, plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE