IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| U. S. ATTORNEY GENERAL | ) |
| ALBERTO GONZALES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this ___13th___ day of March, 2006, the complaint in the above-captioned case having been filed on May 27, 2005, and the plaintiff having failed to show cause why this case should not be dismissed for failure to serve process as ordered by the court (D.I. 2);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE