IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



**Request to reopen Civil Action No. 05-345-SLR**

The Plaintiff respectfully requests that the court reopen Civil Action 05-345-SLR.

I, James N. Patnaude, the plaintiff in the closed Civil Action listed above request that the court reopen my case for consideration based upon the following factors listed below:

I attempted to file my civil action again on Friday, March 31, 2006 at the U.S. District Court office in Delaware based upon the fact that the original case was dismissed without prejudice by U.S. District Judge Sue L. Robinson on March 13, 2006. (See Exhibit 1).

The court clerk that I talked with inquired as to why I had not responded to Judge Robinson's Order dated February 10, 2006, which could have possibly saved me the time and expense of re-filing. I replied that I had indeed responded to Judge Robinson's order by the deadline of February 28, 2006 and had assumed that the receipt of the Order contained in Exhibit 1 dismissing my case indicated that the court had ruled against my request. The clerk checked the computerized list of documents related to my case and indicated that no documents related to my response had been received or entered into my case file. I indicated that I had a copy of the documents submitted that were date stamped by the clerk that received them on February 28, 2006.

I retrieved my copies of the response to Judge Robinson's Order of February 10, 2006, which were hand delivered and date stamped by a court clerk on February 28, 2006 at 10:48 am (See Exhibit 2). I hand delivered two documents on February 28, 2006; the first was my response to Judge Robinson's Order of February 10, 2006 and the second was to notify the court of my change of address. At this time the clerk of the court examined my copies of my response to Judge Robinson's Order and verified that they had been dated stamped as indicated above. He then retrieved the case file and determined that copies had never been placed in the file. He also determined that the documents had not been scanned into the document retention system used by the court and also indicated that the documents had never been placed on Judge Robinson's docket. The clerk also searched the dockets of other judges and determined that the documents had not been placed on any other judges' docket inn error. The clerk then indicated that there was no record of my documents and suggested that I re-submit copies of my original response to Judge Robinson's Order of February 10, 2006.

I respectfully request that Judge Robinson reopen Civil Case No. 05-345-SLR for the purpose of reviewing my response to her Order of February 10, 2006. As noted in my response contained in Exhibit 2 should Judge Robinson grant my request that the case not be dismissed and that the period to serve process be extended, I will affect service immediately upon notification.

Thank you for your time and consideration in this matter. I apologize to Judge Robinson and her staff for any additional work I have caused them.

*[signature]*

James N. Patnaude
April 6, 2006

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| U. S. ATTORNEY GENERAL ALBERTO GONZALES, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this __13th__ day of March, 2006, the complaint in the above-captioned case having been filed on May 27, 2005, and the plaintiff having failed to show cause why this case should not be dismissed for failure to serve process as ordered by the court (D.I. 2);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

Response to Order by U.S. District Judge Sue L. Robinson dated 10 February 2006

To summarize: The Plaintiff was notified by letter delivered by the United States Postal Service that he had not complied with Rule 4, Section M of the Rules Of Civil Procedure For the United States District Courts by failing to serve process within 120 days of filing the complaint.

Action : To attempt to show cause why process was not served and to request the plaintiff's case not be dismissed and that the court extend the time of service in this instance.

Major contributing factor

I, James N. Patnaude, the plaintiff in the above listed action, have been under extended emotional and mental stress due to the circumstances surrounding my case. This stress has contributed to difficulties in my organizational skills, my ability to focus and follow through on projects and clouded my own perception of my performance. These deficiencies only became apparent to me when I sought professional counseling services when the stress manifested itself into anxiety attacks. I am currently obtaining professional services to address these issues. Due to counseling sessions and medication I feel that I am know better equipped to fulfill my requirements as a Pro Se plaintiff. Should the court so desire, I can provide a summary of my treatment by my mental health care professional.

Other Contributing Factors

I, James N. Patnaude, the plaintiff in the above listed action, am currently in a Pro Se situation. I have attempted on numerous occasions to retain legal representation in the Delaware area with no success. It is my impression that there is reluctance in the local legal community to get involved in a case that involves the Federal Bureau of Investigation because of the limited exposure local firms have in such cases. In addition, legal firms that I approached in the Washington, D C area require excessive retainer fees that I cannot afford due to my current financial challenges. I respectfully would like to note that in my original filing I had requested that the court appoint legal representation. That request was based upon the above listed conditions.

Request of the Honorable Susan L Robinson

The plaintiff, James N. Patnaude respectfully requests that Judge Robinson rule on my response at her earliest convenience. The plaintiff fully understands that Judge Robinson has an extremely challenging schedule and in the scheme of legal procedures I am for

lack of a better expression, "small potatoes". This case is my only real venue to regain my employment status, clear my name and reputation and have my side of the events heard without prejudice. If Judge Robinson decides that my case should be dismissed because of the failure to effect service, I respectfully request that it be done without prejudice so that I might have the opportunity to refile my case.

Should Judge Robinson grant my request that the case not be dismissed and that the period to serve process be extended, I will effect serve immediately upon notification.

Thank you for your time and consideration in this matter. Regardless of the outcome, I sincerely apologize to Judge Robinson and her staff for any additional work I have caused them.

James N. Patnaude
Plaintiff Case # 05-345-SLR
February 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

Request that case be heard and processed in the United States District Court for the District of Delaware.

The complainant, James N. Patnaude, respectfully requests that effective immediately the address listed below be considered the address of record for the complainant.

> Mailing address:  James N. Patnaude
> P.O. Box 7971
> Newark, DE 19715
>
> Current residence:  19 B O'Daniel Avenue
> Newark, DE 19711

*James N. Patnaude* (signature)

James N. Patnaude
Plaintiff Case # 05-345-SLR
February 27, 2006