IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| U. S. ATTORNEY GENERAL | ) |
| ALBERTO GONZALES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this ___12th___ day of April, 2006, the above-captioned case having been dismissed without prejudice on March 13, 2006, for failure to serve process as ordered by the court (D.I. 3), and plaintiff moving the court (D.I. 4) on April 6, 2006, to reopen the case and adequately explaining why service had not been effected;

THEREFORE, IT IS HEREBY ORDERED that the motion to reopen (D.I. 4) is GRANTED. The clerk of the court shall reopen this action. Plaintiff shall effect service of process within 60 days from the date of this order.

_____
UNITED STATES DISTRICT JUDGE