IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES N. PATNAUDE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-345-SLR |
| v. | : | |
| | : | |
| ALBERTO GONZALES, ATTORNEY GENERAL – U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION, | : : : : | |
| | : | |
| Defendants. | : | |

# DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Alberto Gonzales in his official capacity as Attorney General of the United States and the Federal Bureau of Investigation respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Brief. A proposed Order consistent with this Motion is attached hereto.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

 /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. #4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277

Dated: July 11, 2006.