IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES N. PATNAUDE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-345-SLR |
| v. | : | |
| | : | |
| ALBERTO GONZALES, ATTORNEY GENERAL – U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION, | : : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the motion to dismiss filed by Defendants Alberto Gonzales in his official capacity as Attorney General of the United States and the Federal Bureau of Investigation, and all papers filed in support thereof and opposition thereto, it is ORDERED that Plaintiff's Complaint is dismissed with prejudice.

_____
United States District Judge