# EXHIBIT A

Equal Employment Opportunity Commission
Baltimore District Office
10 S. Howard Street, Third Floor
Baltimore, Maryland 21201

| | |
|---|---|
| JAMES N. PATNAUDE | Date: April 4, 2005 |
| COMPLAINANT | EEOC CASE NO. 120-2005-00026X |
| v. | |
| JOHN D. ASHCROFT, ATTORNEY GENERAL U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION | AGENCY CASE NO. F-03-5803 |
| AGENCY | |

## MEMORANDUM AND ORDER OF DISMISSAL

This matter is now before the undersigned on the Agency's Motion To Dismiss For Failure To File Prehearing Statement And Failure To Adequately Participate In the EEO Administrative Process filed on March 17, 2005. Complainant has not responded to the Agency's motion. The Agency is seeking dismissal of Complainant's case for failure to proceed.

During the telephone conference of February 18, 2005, the parties were ordered to submit prehearing statements. Complainant was ordered to submit a prehearing statement on or before March 11, 2005 and the Agency was ordered to submit its prehearing statement on April 1, 2005. The Agency complied with the order. Complainant failed to comply with the order.

The Agency noted that Complainant had failed to comply with a previous order compelling the Complainant to respond to the Agency's discovery request. As a result of Complainant's actions, sanctions were imposed upon Complainant. In addition, during the February 18, 2005 prehearing conference, Complainant was admonished for his failure to timely submit a witness list and informed that any further violations of orders may lead to sanctions.

Despite the Agency's motion, Complainant has neither submitted a prehearing statement or explained his lapse. Accordingly, the above-captioned matter is hereby DISMISSED WITH PREJUDICE and REMANDED to the Agency for a final agency decision. Complainant's unexplained violation of the order to submit a prehearing statement constitutes a failure to proceed.

It is so ORDERED.

For the Commission:

_____
ENECHI A. MODU
ADMINISTRATIVE JUDGE

OGC - Karden
PA-400

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing **ORDER OF DISMISSAL** within five (5) calendar days after the date it was sent *via* first class mail. I certify that on April 4, 2005 the foregoing **ORDER**'s were sent *via* first class mail to the following:

James Nelson Patnaude
9 Withams Road
Newark, DE 19711

Mindy A. Kaiden, Esq
AGC/ELU II/FBI/OGC/Suite 400
1001 Pennsylvania Avenue, NW
Washington, DC 20535

Veronica Venture, EEO Officer
JUSTICE/FBI
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

Lynn A. Tognocchi
Legal Technician

2