AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JAMES N. PATNAUDE, PLAINTIFF

V.

ALBERTO GONZALES,
ATTORNEY GENERAL
               DEFENDANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 345 - SLR

TO: (Name and address of Defendant)

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES N. PATNAUDE, PRO SE
P.O. BOX 7971
NEWARK, DELAWARE, 19714
TELEPHONE 302-584-5675

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

5/18/06

CLERK                                                              DATE

*E Strickler*

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Results of Service Process as Ordered**

**Summary:** As of this date, 11 July 11, 2006, I, James N. Patnaude, the Plaintiff in the above cited case have received confirmation of receipt of Service for the two (2) parties listed below. In addition, for the third party served, a receipt of Service was never received and as a result I verified delivery by accessing the United States Postal Service web site, www.USPS.com, and used the Track and Confirm function. No additional correspondence or material has been received by the Plaintiff as of this date.

**Confirmation of Receipt of Service:** Receipt of Proof of Service of Process was confirmed by the receipt of Unites States Postal Service Form 3811, Domestic Return Receipt for the two (2) parties listed below.

    Alberto Gonzales                     **(Please See Attachment 1)**
    U.S. Attorney General
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

    Colm F. Connolly                     **(Please See Attachment 2)**
    U.S. Attorney
    1007 N. Orange Street
    P.O.Box 2046
    Wilmington, DE  19899-2046

**Web based Confirmation of Receipt of Service:** The Plaintiff never received a receipt of Service from the party listed below. The Plaintiff accessed the Unites States Postal Service web site and verified the below listed parties receipt of Service by using the sites Track and Confirm function.

    Robert Mueller                       **(Please See Attachment 3)**
    FBI Director
    935 Pennsylvania Avenue, NW
    Washington, D.C. 20535

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Results of Service Process as Ordered**

Thank you for your time, consideration and patience in this matter. If the court requires any additional information or documentation regarding this matter please contact me at your earliest convenience.

*James N. Patnaude*

James N. Patnaude
Plaintiff Case # 05-345-SLR
July 11, 2006

**Attachment 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

## Results of Service Process as Ordered

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>ALBERTO GONZALES<br>U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC<br>    20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>MAY 2 6 2006<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0003 9964 2807 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Attachment 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Results of Service Process as Ordered**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): SUSAN CUNNIN   C. Date of Delivery |
| 1. Article Addressed to:<br>COLM F. CONNOLLY<br>U.S. ATTORNEY<br>1007 N. ORANGE ST<br>P.O. BOX 2046<br>WILMINGTON, DE<br>19899-2046 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

[Postmark: WILMINGTON DE 19801, MAY 22, 2006, RODNEY SQ]



ATTACHMENT 3
(PAGE 1 OF 2)
7/11/06



# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 9964 2791**
Status: **Delivered**

Your item was delivered at 4:21 am on May 26, 2006 in WASHINGTON, DC 20535.

Additional Details >    Return to USPS.com Home >



Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



ATTACHMENT 3
(PAGE 2 OF 2)

Home | Help

7/11/06

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 9964 2791**
Detailed Results:

- **Delivered, May 26, 2006, 4:21 am, WASHINGTON, DC 20535**
- **Notice Left, May 26, 2006, 3:19 am, WASHINGTON, DC 20535**
- **Arrival at Unit, May 26, 2006, 3:13 am, WASHINGTON, DC 20022**
- **Acceptance, May 20, 2006, 12:24 pm, NEWARK, DE 19711**

< Back                                    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.



POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Proof of Service Process as Ordered**

**Summary:** The Plaintiff was notified by letter delivered by the United States Postal Service that my motion to reopen the above cited case was granted. In addition the plaintiff was ordered to Serve Process within sixty (60) days of the Order reopening the case which was dated 12 April 2006.

**Action:** Service of Process was initiated on 20 May 2006 to the following parties listed below by the United States Postal Service.

Parties served:
    Alberto Gonzales
    U.S. Attorney General
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

    Robert Mueller
    FBI Director
    935 Pennsylvania Avenue, NW
    Washington, D.C. 20535

    Colm F. Connolly
    U.S. Attorney
    1007 N. Orange Street
    P.O. Box 2046
    Wilmington, DE  19899-2046

Copies of the dated, U.S. Postal Service Certified Mail Receipts are provided for the review of the court. (Please see Attachment 1)

Thank you for your time, consideration and patience in this matter.

*James N. Patnaude*
James N. Patnaude
Plaintiff Case # 05-345-SLR
July 11, 2006

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Proof of Service Process as Ordered**



