IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

### Plaintiff's Motion Requesting Appointment of Outside Legal Counsel Before Ruling On Defendant's Motion To Dismiss

**Summary:** Up to this date, 19 July 2006, I, James N. Patnaude, the Plaintiff in the above cited civil action, have been representing myself in this matter. My Pro Se status is out of necessity not choice because of my current financial situation. I recently received two (2) documents; the first, a "Defendant's Motion To Dismiss For Failure To State a Claim", and the second, an "Opening Brief In Support Of Defendant's Motion To Dismiss". Both documents were drafted by Assistant United States Attorney (AUSA) Seth M. Beasang from the U.S. Attorney's office in Delaware. Both documents were dated 11 July 2006 and received via United States Postal Service shortly thereafter. I am aware that some type of response or action is required to convince the court not to dismiss my case at this time.

**Action Requested By The Plaintiff:** I am acutely aware that because of my inadequate knowledge of court procedure and process, I am unable to adequately address the issues raised by the AUSA in the above mentioned documents. The Plaintiff respectively requests that the court appoint outside legal counsel with experience in the particular area of law that my case addresses.

**Reasoning For Request:** At the beginning of this process I was informed by the Equal Employment Opportunity (EEO) Unit at the Headquarters of the Federal Bureau of Investigation (FBI) that if my claim progressed to filing a civil suit in United States District Court, that legal counsel would be provided. In addition, after exhausting my attempt of the review of my claims by the Department of Justice Adjudication Unit, I was informed that should I proceed with filing a civil suit in United States District Court, legal counsel would be provided if I could demonstrate a financial need for such appointment. If the court would like to review these documents I will provide copies immediately upon notification.

**Documentation Of Financial Need:**   Please see **Attachment 1**

As has been the case since my initial contact with the court, thank you for your time, consideration and patience in this matter. If the court requires any additional information or documentation regarding this matter please contact me at your earliest convenience.

*James N. Patnaude* (signature)

James N. Patnaude
Plaintiff Case # 05-345-SLR
July 19, 2006

Page 1 of 1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil Action No. 05-345-SLR

**Attachment 1**

**Summary Of Current Assets:**
(All amount areas of 07/19/2006 and rounded to the nearest hundred)

| | |
|---|---:|
| Checking Account 1 | $43,000 |
| Checking Account 2 | 300 |
| **Total** | $42,300 |

**Summary Of Current Liabilities:**
(All amount areas of 07/19/2006 and rounded to the nearest hundred)

| | |
|---|---:|
| Credit Card Debt | $23,400 |
| Promissory Notes | 6,500 |
| Medical Bills | 565 |
| Legal Bills | 7,200 |
| Child Support (Current Month) | 500 |
| **Total** | $38,165 |

Plaintiff also has a Thrift Savings Account. Withdraw from which results in substantial penalty at this time. Plaintiff also owns a 2003 Saturn L200.

Plaintiff will provide any and all documentation immediately for the above listed amounts. Plaintiff will also complete any documentation the court requests to verify that the Plaintiff has no other assets.

Certificate of Service

I hereby certify that on this 19th day of July, 2006, a true and correct copy of the attached document was caused to be served on the attorney of record at the following address as indicated:

By Hand Delivery
_____

U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
(302) 573-6220 (FAX)
EMAIL: SETH.BEAUSANG@USDOJ.GOV

*James N. Patnaude*
JAMES N. PATNAUDE
19 JULY 2006