IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES N. PATNAUDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-345-SLR |
| | ) | |
| ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL and FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 31st day of July, 2005, defendant having filed a motion to dismiss the complaint and an accompanying brief on July 11, 2006 (D.I. 6, 7);

IT IS ORDERED that:

1. Because matters outside of the pleadings were presented to the court in support of said motion to dismiss, the court will review the motion as one for summary judgment pursuant to Fed. R. Civ. P. 12(b) and 56(b).

2. Because defendant relies upon an affidavit in support of the motion, the averments of fact in the affidavit shall be accepted as true, pursuant to Fed. R. Civ. P. 56(e), for the purpose of deciding the motion unless plaintiff timely files a counter-affidavit or statement under penalty of perjury refuting said averments.

3. Briefing on this motion shall proceed in

accordance with the following schedule:

      a)   Plaintiff shall file and serve a response to defendant's motion (including an answering brief and accompanying affidavits, exhibits, etc., if any) on or before **August 31, 2006.**

      b)   Defendant may file and serve a reply brief on or before **September 14, 2006.**


                                            /s/ Sue L. Robinson
                                            United States District Judge