IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| ATTORNEY GENERAL ALBERTO | ) |
| GONZALES and FEDERAL BUREAU | ) |
| OF INVESTIGATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of March, 2007, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment is granted. (D.I. 6)

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge