IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| ATTORNEY GENERAL ALBERTO | ) |
| GONZALES and FEDERAL BUREAU | ) |
| OF INVESTIGATION, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 20, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Attorney General Alberto Gonzales and Federal Bureau of Investigation and against plaintiff James N. Patnaude.

_____
United States District Judge

Dated: March 21, 2007

_____
(By) Deputy Clerk