# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 05-345-SLR

JAMES N. PATNAUDE

v.

DISTRICT COURT JUDGE: SUE L. ROBINSON

ATTORNEY GENERAL ALBERTO GONZALES AND FEDERAL BUREAU OF INVESTIGATION

Notice is hereby given that  JAMES N. PATNAUDE
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on 03/20/2007.
(date)

DATED: 18 MAY 2007

_James N. Patnaude_ - PRO SE
(Counsel for Appellant-Signature)

JAMES N PATNAUDE
(Name of Counsel - Typed)

139 BROOKSIDE BLVD *
(Address)

NEWARK, DE 19713

(302) 584-5675
(Telephone Number)

U.S. ATTORNEY COLM CONNOLLY
AUSA SETH M. BEAUREGARD
(Counsel for Appellee)

WILMINGTON, DE
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

* TEMPORARY RESIDENCE
MAILING ADDRESS: P.O. BOX 7971, NEWARK, DE 19714

# IN THE U.S. COURT OF APPEALS, THIRD CIRCUIT
## REASONS FOR REQUESTING APPEAL OF ORDER

I, James N. Patnaude, the Plantiff in The United States District Court For The District Of Delaware, Civil Action No. 05-345-SLR am respectfully submitting a request of appeal for the Order issues by Chief District Court Judge Susan L. Robinson for the following reasons:

1) Because of extreme financial constraints it was necessary that I had to represent myself without the benefit of legal counsel in all matters dealing with my termination from the Federal Bureau of Investigation (FBI) . This included the hearing with the Department of Justice Access Review Committee (DOJARC), the Equal Employment Opportunity Commision and finally the United States District Court for the District of Delaware. Having to be pro se put me at an extreme disadvantage.

   When I filed my initial suit I requested that legal representation be appointed. I received no response to this request. On July 19, 2006 I again requested the appointment of outside legal counsel. Chief Judge Robinson denied this request indicating that any matters up to this point would be matters of law but that counsel could be requested at a later date.

   With absolutely no disrespect to Chief Judge Robinson that is exactly why I requested that legal counsel be appointed. Socrates said "The only true wisdom is in knowing you know nothing." I am well aware that I know nothing not only of matters of law but also procedure, presentation and many other difficiencies in my case submission. Had I ben afforded legal counsel I am sure that Judge Robinson would have ruled in my favor. Although I submitted copius examples it is because I did not know what to submit or how to present what I did submit.

2) Since day one of this odessy in trying to get my job back I have not been able to obtain paper work to substantiate my claim. My original FOIA request was not processed nor was my original EEO complaint forwarded to the EEO Unit at FBI Headquarters. I repeatedly requested documents for my DOJARC meeting and nothing was produced. The FBI has successfully painted a deragatory picture of me through the manipulation and omission of information. The appointment of legal

counsel would have minimized this at the very least and probably have resulted in a much different outcome.

3) I mean no disrespect to Chief Judge Robinson or any other member of the United States District Court Of Delaware by appealing the Order issued on March 20, 2007. Judge Robinson mentioned the report by the Office of Professional Responsibility (OPR) in her Order. She probably isn't aware that my punishment was a five day suspension. To put this in prospective an FBI employee gets thirty days of for using an FBI car for personnel reasons. In addition, the OPR supervisor in charge of my investigation stated that as far as he was concerned the whole affair was a grudge against me. My security clearance suspension was based on a document that was generated right after the original allegations. It was never updated to reflect any of the subsequent investigations and the suspension was never executed by the FBI employee who headed the Security Unit but rather a CIA employee who was on loan. He did this as soon as he arrived and rushed to suspend my clearance before the OPR report was issued. The OPR staff was nice enough to try to rush the report to prevent the suspension.

4) I honestly feel that I am not asking for anything that is not guaranteed to any citizen of the United States of America. I just want my day in court. The ability to afford a team of lawyers or the lack of resources not to be able to afford that same type of team should not be the determining factor in whether a person is able obtain justice or at least a chance for justice.

Certificate of Service:

I, James W. Satraude, attest that I will forward one (1) copy of my Notice of Appeal to the U.S. Attorneys Office - Wilmington, DE via U.S. Postal Service.

James W. Satraude
5/21/07