IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES N. PATNAUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-345-SLR |
| | ) |
| ATTORNEY GENERAL ALBERTO | ) |
| GONZALES AND FEDERAL BUREAU | ) |
| OF INVESTIGATION, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 9th day of August, 2007,

the court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #20, filed on May 21, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge